INTERNATIONAL COMPOSITION CO., INC. v. UNITED STATES

No. 4394.—Invoice dated London, England, October 24, 1931.

Entered at New York November 5, 1931.
Entry No. 766375.

(Decided on remand [Reap. Dec. 4320] September 20, 1938)

Plaintiff not represented by counsel.
*Webster J. Oliver*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the defendant.

Brown, Judge: This appeal to reappraisement having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.